## Donald L. DAVIS, Appellant,

v.

## BEST BUY CO., INC., et al., Respondents.

### No. WD 63470.

Missouri Court of Appeals, Western District.

March 29, 2005.

George A. Barton, Kansas City, MO, for appellant.

Heather Woodson, Overland Park, KS, for respondents.

Before HOWARD, P.J., ULRICH and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM:

Donald L. Davis appeals following the trial court's grant of summary judgment in favor of Best Buy Company, Inc., and Best Buy of Minnesota, Inc., on his first amended class action petition, in which he asserted claims for violation of the Missouri Merchandising Practices Act and breach of contract. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment it affirmed. Rule 84.16(b).